☒ FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 1 6 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA



CR06-1015PHX-MHM (VAM)

**INDICTMENT**

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br>  v.<br><br>Ernesto Lyle Galvez,<br>a.k.a. Lyle Hairston<br>a.k.a. Scott Klein<br>a.k.a. Vincent O'Malley<br><br>  Defendant. | VIO: 18 U.S.C. 1344<br>(Bank Fraud)<br>Counts 1 & 2<br><br>18 U.S.C. 1341<br>(Mail Fraud)<br>Count 3<br><br>18 U.S.C. 1028A<br>(Aggravated Identity Theft)<br>Count 4 |

THE GRAND JURY CHARGES:

**COUNT 1**
(Bank Fraud)

On or about May 19, 2006, in the District of Arizona, the defendant, ERNESTO LYLE GALVEZ, executed and attempted to execute a scheme and artifice to defraud Bank of America, a federally chartered and insured financial institution, and to obtain money owned by and under the control of Bank of America by means of false and fraudulent pretenses and representations.

It was part of the scheme and artifice to defraud that defendant ERNESTO LYLE GALVEZ falsely represented himself to be Scott Klein via the means of identification of Scott Klein in order to obtain and activate or cause to be activated a Bank of America VISA credit card in the name of Scott Klein.

In violation of Title 18, United States Code, Section 1344(1)(2).

## COUNT 2
(Bank Fraud)

On or about May 23, 2006, in the District of Arizona, the defendant, ERNESTO LYLE GALVEZ, executed and attempted to execute a scheme and artifice to defraud US Bank, a federally chartered and insured financial institution, and to obtain money owned by and under the control of US Bank by means of false and fraudulent pretenses and representations.

It was part of the scheme and artifice to defraud that defendant ERNESTO LYLE GALVEZ falsely represented himself to be Scott Klein via the means of identification of Scott Klein in order to obtain a US Bank VISA credit card in the name of Scott Klein.

In violation of Title 18, United States Code, Section 1344(1)(2).

## COUNT 3
(Mail Fraud)

On or about May 17, 2006, in the District of Arizona, defendant ERNESTO LYLE GALVEZ, having devised and intending to devise a scheme or artifice to defraud Bank of America and to obtain money or property by means of false or fraudulent pretenses, and for the purpose of executing such scheme and artifice and attempting to do so, defendant ERNESTO LYLE GALVEZ, knowingly caused Bank of America to deposit for delivery by mail or private or commercial interstate carrier, a VISA credit card in the name of Scott Klein, address 5215 W. Peoria Ave, #235, Glendale, Arizona, 85302, which address was the residence of the defendant ERNESTO LYLE GALVEZ.

In violation of Title 18, United States Code, Section 1341.

## COUNT 4
(Aggravated Identity Theft)

On or about and between May 17, 2006, and May 27, 2006, in the District of Arizona,

2

defendant ERNESTO LYLE GALVEZ, during and in relation to the commission of a felony violation of Title 18, United States Code, Section 1344, Bank Fraud, knowingly possessed and used, without lawful authority, a means of identification of Scott Klein.

In violation of Title 18, United States Code, Section 1028A.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: November 16, 2006

PAUL K. CHARLTON
United States Attorney
District of Arizona

S/
Richard I. Mesh
Assistant U.S. Attorney

3